1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8
9

Ungerer & Company,

**NO. CV-23-01153-PHX-SMM (MTM)**

10

Plaintiff,

11

v.

**DEFAULT JUDGMENT**

12

Alkaline88 LLC,

13

Defendant.

14
15

       Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and upon

16

instruction by the Court, default judgment is hereby entered in favor of Plaintiff against

17

Defendant Alkaline88 LLC in the amount of $124,477.90 plus post judgment interest at

18

the applicable statutory rate.

19

Debra D. Lucas
District Court Executive/Clerk of Court

20
21

February 16, 2024

22

s/ E. Aragon
By   Deputy Clerk

23
24
25
26
27
28